# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                      No. 4:19-cr-00634-JM-01

JEFFREY ROGERS                      DEFENDANT

## ORDER

Pending before the Court is United States' Motion to Dismiss the Indictment as to Defendant Jeffrey Rogers. Good cause having been shown, the motion is GRANTED. (Doc. No. 125). The Indictment as to Jeffrey Rogers is hereby dismissed without prejudice.

IT IS SO ORDERED this 20th day of August, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE